DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES E. DILLON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2851

[January 15, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard Bober, Judge; L.T. Case No. 03-11822CF10A.

James E. Dillon, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***